# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conway, Anne C. | Middle District of Florida | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Room 6750
401 W. Central Blvd
Orlando, FL 32801-0675

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conway, Anne C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Smokey Partnership, LLLP, Ltd Ptner | D | Interest | P1 | U | | | | | |
| 2.  IRA #1 (H): | | | | | | | | | |
| 3.  -TDA FDIC Insured Dep Acct IDA12 (MMDA12) | A | Interest | N | T | | | | | |
| 4.  - Federated Prime Cash Obligations IS (PRCXX) | A | Interest | N | T | | | | | |
| 5.  - Umpqua Bank Roseburg OR CD | B | Interest | | | Buy | 02/04/20 | M | | |
| 6.  - Umpqua Bank Roseburg OR CD (continuation of line 5) | | | | | Sold | 08/21/20 | M | | |
| 7.  - Dodge & Cox Stock Fund (DODGX) | C | Dividend | L | T | Buy | 02/27/20 | K | | |
| 8.  - Dodge & Cox Stock Fund (DODGX) (continuation of line 7) | | | | | Buy (add'l) | 04/02/20 | K | | |
| 9.  - Ishares Edge MSCI Min Vol USA Fund (USMV) | B | Dividend | L | T | Buy | 02/24/20 | L | | |
| 10.  - Ishares Edge MSCI Min Vol USA Fund (USMV) (continuation of line 9) | | | | | Buy (add'l) | 04/02/20 | K | | |
| 11.  - Vanguard Dividend Growth (VDIGX) | B | Dividend | L | T | Buy | 02/24/20 | K | | |
| 12.  - Ishares Russell 1000 Growth Fund (IWF) | A | Dividend | K | T | Buy | 02/27/20 | K | | |
| 13.  Wells Fargo - Cash Checking acct | A | Interest | K | T | | | | | |
| 14.  Smokey Partnership, LLLP, Gen Ptr | A | Interest | K | U | | | | | |
| 15.  Wells Fargo - Cash Savings acct | A | Interest | L | T | | | | | |
| 16.  Ameritrade Brokerage acct (H): | | | | | | | | | |
| 17.  - Berkshire Hathaway Inc Del Class B (BRKB) | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Ishares Barclays US Aggregate Bond Fund (AGG) | C | Dividend | M | T | | | | | |
| 19. - US Treas Sec Stripped Int Pmt 02/15/2021 | B | Interest | L | T | | | | | |
| 20. - US Treas Sec Stripped Int Pmt 02/15/2022 | B | Interest | L | T | | | | | |
| 21. - US Treas Sec Stripped Int Pmt 02/15/2023 | B | Interest | L | T | | | | | |
| 22. -DFA US Core Equity 2 I (DFQTX) | D | Dividend | N | T | | | | | |
| 23. -DFA International Core Equity (DFIEX) | A | Dividend | K | T | | | | | |
| 24. - Loomis Sayles Bond Fund Instl (LSBDX) | D | Dividend | M | T | | | | | |
| 25. - Invesco Developing Markets Y (ODVYX) | A | Dividend | K | T | | | | | |
| 26. - Pimco Emerging Local Bond Instl (PELBX) | B | Dividend | K | T | Buy (add'l) | 10/30/20 | J | | |
| 27. - Vanguard Int-Term T/E Bond Inv (VWITX) | D | Dividend | N | T | Buy (add'l) | 11/02/20 | J | | |
| 28. - TDA FDIC Insured Deposit Acct IDA12 (MMDA12) | A | Interest | M | T | | | | | |
| 29. - Templeton Global Bond Fund (Y) | | | | | | | | | See Part VIII |
| 30. Trust #1 (H): | | | | | | | | | |
| 31. - Wells Fargo, common stock | A | Dividend | K | T | | | | | |
| 32. - Hubbel, Inc. Class B common stock | D | Dividend | M | T | | | | | |
| 33. - VF Corporation common stock | D | Dividend | M | T | | | | | |
| 34. - Kontoor Brands, Inc common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Laurel Homes, Inc common stock | | None | O | U | | | | | |
| 36. - Arbor Properties, Inc common stock | F | Distribution | | | Closed | 12/31/20 | J | | See Part VIII |
| 37. - Laurel Agency, Inc. common stock | | None | J | U | | | | | |
| 38. - Laurel Builders, Inc. common stock | | None | N | U | | | | | |
| 39. - Schrimsher Exploration, Ltd - Ltd Partner | | None | J | U | | | | | |
| 40. - Smokey Partnership, LLLP,Ltd Ptr | B | Interest | M | U | | | | | |
| 41. - Ameritrade Brokerage (H): | | | | | | | | | |
| 42. --Ishares Russell 1000 Growth Fund (IWF) | D | Dividend | P1 | T | | | | | |
| 43. --DFA One-Year Fixed Income (DFIHX) | D | Dividend | N | T | | | | | |
| 44. -- DFA International Small Company (DFISX) | B | Dividend | L | T | | | | | |
| 45. --DFA Emerging Markets I (DFEMX) | B | Dividend | M | T | | | | | |
| 46. --DFA Large Cap International I (DFALX) | C | Dividend | M | T | | | | | |
| 47. -- Vanguard Emerging Markets ETF (VWO) | B | Dividend | M | T | | | | | |
| 48. --Vanguard Short-Term Treasury Bond Inv (VFISX) | C | Dividend | M | T | | | | | |
| 49. --Vanguard Inflation Protected Securities Inv (VIPSX) | C | Dividend | N | T | | | | | |
| 50. --Vanguard Value Index Adm (VVIAX) | D | Dividend | O | T | | | | | |
| 51. --Vanguard Small Cap Value Index Adm (VSIAX) | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --TDA FDIC Insured Deposit Acct IDA12 (MMDA12) | A | Interest | N | T | | | | | |
| 53. -- Ishares Russell 2000 Growth Fund (IWO) | C | Dividend | O | T | | | | | |
| 54. --Morgan Stanley Bank CD | C | Interest | | | Sold | 05/01/20 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conway, Anne C.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Item  29 - The prior year report reflected this asset as Sold (part), whereas it was Sold in total.

Part VII Item  36 - On 12/31/20 Arbor Properties, Inc (S Corp) liquidated and closed down.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Anne C. Conway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544